JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SAMUEL LOVE,<br><br>                    Plaintiff,<br><br>    v.<br><br>KHALID AZZAM, SIBYLLE E. AZZAM, HELWA AZZAM, MAHA AZZAM, individuals, and LOS PANCHOS MARKET AND RESTAURANT, a corporation,<br><br>                    Defendants. | Case No. EDCV 15-627 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that summary judgment is entered in favor of Defendants.  Plaintiff's first cause of action for violation of the Americans with Disabilities Act of 1990 is DISMISSED WITH PREJUDICE. Plaintiff's second cause of action for violation of the California Unruh Civil Rights Act is DISMISSED WITHOUT

1 PREJUDICE to Plaintiff bringing those claims in state
2 court.  The Court orders that such judgment be entered.
3
4     IT IS SO ORDERED.
5
6 Dated: November 24, 2015
7 _____
8 THE HONORABLE JESUS G. BERNAL
   United States District Judge